UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO CHALMERS, SHERRON COLLINS, JASON TERRY, RYAN BOATRIGHT, DEANDRE DANIELS, ALEX ORIAKHI, VINCENT COUNCIL, ROSCOE SMITH, MATT PRESSEY, EUGENE EDGERSON, AARON BRAMLETT, JASON STEWART, GERARD COLEMAN, JUSTIN GREENE, RON GIPLAYE, AND JAMES CUNNINGHAM, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION a/k/a NCAA; TURNER SPORTS INTERACTIVE, INC.; PAC-12 CONFERENCE; BIG TEN CONFERENCE; BIG TWELVE CONFERENCE; SOUTHEASTERN CONFERENCE; ATLANTIC COAST CONFERENCE; and BIG EAST CONFERENCE,<br><br>Defendants. | **CASE NO.: 1:24-cv-05008-PAE** |

### NOTICE OF APPEARANCE OF ELLIOT SOL ABRAMS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for All Plaintiffs.

I have been admitted *Pro Hac Vice* in the above-captioned action.

This, the 17th day of October 2024.

> Respectfully submitted,
>
> */s/ Elliot Sol Abrams*
> Elliot Sol Abrams (*Pro Hac Vice*)
> N.C. State Bar # 42639
> Cheshire Parker Schneider, PLLC
> P. O. Box 1029
> Raleigh, NC 27602
> (919) 833-3114 (TEL)
> (919)-832-0739 (FAX)
> elliot.abrams@cheshirepark.com
>
> *Counsel for All Plaintiffs*