

2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM

A LIMITED LIABILITY PARTNERSHIP

November 26, 2024

**BY CM/ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: ***Chalmers et al. v. National Collegiate Athletic Association et al.*, 1:24-cv-05008 (PAE/VF)**

Dear Judge Engelmayer:

    We represent Defendant National Collegiate Athletic Association (NCAA) in the above-referenced action. We write respectfully on behalf of the NCAA and Co-Defendants Pac-12 Conference; Big Ten Conference, Inc.; Big Twelve Conference, Inc.; Southeastern Conference, Atlantic Coast Conference, and Big East Conference, Inc., and with the consent of Plaintiffs, to request a brief extension of time for all Defendants to file responsive pleading(s) from November 29, 2024 to December 2, 2024.

    Per the Court's October 21, 2024 Order, in response to Plaintiffs' Amended Complaint filed on November 8, 2024, Defendants have through November 29, 2024 to file an answer, a new motion to dismiss, or a letter stating that they rely on the previously filed motion to dismiss. *See* ECF No. 99. As the November 29th deadline falls on a court holiday, Defendants respectfully request a brief extension of this deadline to December 2, 2024. This is Defendants' first request to extend this deadline, and Plaintiffs consent to the extension request.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Rakesh N. Kilaru*

Rakesh N. Kilaru (pro hac vice)
Tamarra Matthews Johnson (pro hac vice)
Calanthe Arat (pro hac vice)
Matthew Skanchy (pro hac vice)

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskancy@wilkinsonstekloff.com

Attorneys for Defendant National Collegiate Athletic Association

Cc: All Counsel of Record (via ECF)

GRANTED.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

November 26, 2024
New York, New York

2