UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIO CHALMERS *et al*,

                              Plaintiffs,

      -v-

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
A/K/A NCAA *et al*,

                              Defendants.

24 Civ. 5008 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules oral argument in the above-captioned case for January 27, 2025 at 2:00 p.m. at Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007. This argument will be open to the public.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 5, 2024
       New York, New York