# LATHAM & WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

<u>VIA CM/ECF</u>

January 21, 2025

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   ***Chalmers, et al., v. National Collegiate Athletic Association, et al.***,
Case No. 1:24-cv-05008-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

We represent Defendant Atlantic Coast Conference ("ACC") in the above-captioned action. We are writing to respectfully request the Court's permission to allow a listen-only telephonic line for the upcoming oral argument scheduled for Monday, January 27, 2025, at 2:00 p.m. Due to an unavoidable scheduling conflict, we are currently engaged in a trial in Brooklyn, NY and are unable to attend the oral argument in person.

Thank you for considering this request.

Respectfully submitted,

<u>/s/ *Christopher S. Yates*</u>
Christopher S. Yates (admitted *pro hac vice*)
Aaron T. Chiu (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94118-6538
(415) 391-0600
Chris.Yates@lw.com
Aaron.Chiu@lw.com

Anna M. Rathbun (admitted *pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
Anna.Rathbun@lw.com

*Attorneys for Defendant*
*Atlantic Coast Conference*

cc:  Counsel of Record (via CM/ECF)