**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARIO CHALMERS et al.,

                Plaintiff,

-against-                              24 **CIVIL** 5008 (PAE)

                                                             **JUDGMENT**

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION A/K/A NCAA et al.,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 28, 2025, the Court has granted the NCAA's motion to dismiss the AC. The dismissal is with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      April 28, 2025

                                                         **TAMMI M HELLWIG**
                                                         _____
                                                               **Clerk of Court**

                                **BY:**          *K. Mango*
                                                           _____
                                                               **Deputy Clerk**